United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAREN MARIE STRIEDER, TDCJ #2429665,<br><br>   Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director, Texas Department of Criminal Justice - Correctional Institutions Division,<br><br>   Respondent. | CIVIL ACTION NO. H-24-1065 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

**SIGNED** at Houston, Texas, on this the 4th day of April, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE